James M. HEARD, Appellant,

v.

DISTRICT OF COLUMBIA, Appellee.

Nos. 2924, 2925.

Municipal Court of Appeals for the
District of Columbia.

Argued March 19, 1962.

Decided April 13, 1962.

B. Dabney Fox, Washington, D. C., for appellant.

Ted D. Kuemmerling, Asst. Corp. Counsel, with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, were on the brief, for appellee.

Before HOOD, Chief Judge, QUINN, Associate Judge, and MYERS, Associate Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant was convicted of disorderly conduct [1] and drinking in public.[2] He con-tends here that the evidence was insufficient to support the convictions. The record convinces us that appellant's contention is without merit.

Affirmed.